UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DONALD COLE BURCHETT, ) | CASE NO. C05-0287-JCC-MAT |
| Plaintiff, ) | |
| v. ) | ORDER TO RETURN DOCUMENTS |
| ) | TO PLAINTIFF |
| CAROL VAN BUREN, et al., ) | |
| Defendants. ) | |

Plaintiff is proceeding *pro se* and *in forma pauperis* in this action pursuant to 42 U.S.C. § 1983. The court has directed that his complaint be served and that defendants respond to the complaint. (Dkt. #15). On June 1, 2005, the court received a letter from plaintiff, with several exhibits attached, which plaintiff requests be "entered into evidence" for this case. (Dkt. #22). Having considered the letter and the exhibits, the court does hereby find and ORDER as follows:

(1) Plaintiff's letter (Dkt. #22) is construed as a motion to amend his complaint. Plaintiff is advised that all motions, pretrial statements and other filings shall be accompanied by a certificate showing that such documents have been served upon counsel for the opposing party. *See* Local Rule CR 5(f). Because plaintiff's motion to amend was not accompanied by such a certificate of service, the Clerk shall STRIKE the motion (Dkt. #22) and return these documents to plaintiff. Plaintiff is further advised that in the future, any documents that have not been served on opposing counsel will also be stricken, but will not be returned.

ORDER TO RETURN DOCUMENTS TO PLAINTIFF
PAGE -1

(2)   The Clerk is directed to send a copy of this Order to plaintiff and to counsel for defendants.

DATED this  6th  day of June, 2005.

Mary Alice Theiler
U.S. Magistrate Judge

ORDER TO RETURN DOCUMENTS TO PLAINTIFF
PAGE -2